**FILED**

JAN 0 7 2021  **DB**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

UNITED STATES OF AMERICA,               )
*ex rel* DAVID FLORENCE AND CHELSEA     )
BASS                                    )
                                        )
   PLAINTIFF-RELATOR,                   )
                                        )
                                        )
   v.                                   )
ENVISION HEALTHCARE and KKK & Co.       )
Inc.                                    )
                                        )
   DEFENDANTS.                          )
_____)

3:19-0493

**(Under Seal if appropriate)**

<mark>Motion (DE #52) GRANTED.
Extension to 3/15/2021.</mark>

## REQUEST FOR ADDITIONAL TIME

COMES NOW the plaintiffs, Dr. David G. Florence and Chelsea Bass, R.N., In Proper

Person, and would request that this Honorable Court grant the plaintiffs additional time to secure

counsel and also additional time then to obtain service on the defendants.

As the Court knows, we had counsel when the suit was filed and since our prior counsel

has withdrawn, we have been diligently seeking to secure necessary representation in the matter;

however, as the Court well knows, these type of lawsuits are very complex and most law firms

do not deal with these type lawsuits in their practice. We have contacted a number of law firms

most of which were interested in the case, but just felt it was more than they could handle.

We currently are working with a whistle blower firm that is evaluating the case and

completing their due diligence and will soon let us know if they will represent us.

I am a front line COVID-19 physician who evaluates and treats COVID patients in the

E.R., ICU and COVID units. I recently treated 45 confirmed patients in one day – that means