# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel* DAVID FLORENCE AND ) <br> CHELSEA BASS, ) <br>    ) <br> Plaintiffs-Relators, ) <br>    ) <br> v.   ) <br>    ) <br> ENVISION HEALTHCARE AND ) <br> KKK & CO., INC., ) <br>    ) <br> Defendants. ) | Civil No. 3:19-cv-00493 <br> Judge Trauger |

## O R D E R

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. §636(b)(1) this case is **REFERRED** to the Magistrate Judge for a scheduling order, for decision on all nondispositive matters, and for a Report and Recommendation on dispositive matters.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge